■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY STEWARD, Appellant. [921 NYS2d 596]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Elma A. Bellini, J.—Manslaughter, 1st Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COUREY A. WILLIAMS, Also Known as COUREY HUNTER, Appellant. [921 NYS2d 594]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Shirley Troutman, J.—Criminal Possession of a Weapon, 2nd Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. WILLIAMS, Also Known as MARQUISH M. JOHNSON, JR., Appellant. [921 NYS2d 596]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Thomas P. Amodeo, J.—Unauthorized Use of a Motor Vehicle, 2nd Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.